Phyllis J. Sanderson, Plaintiff-Appellee, v. Dave E. Sanderson, Defendant-Appellant.

Gen. No. M–10,816.

Fourth District.

February 16, 1967.

Glenn and Logue, of Mattoon (Tom Logue, of counsel), for appellant; Burt Greaves, of Champaign, for appellee. Opinion by PRESIDING JUSTICE CRAVEN. Not to be published in full.